**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICKEALIN CASSELL | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:24-cv-00410 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Mickealin Cassell, complains of acts and omissions by the Defendant. In support of this Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to 42 U.S.C.§ 1981.

## FACTS

2. In 1999, Plaintiff began working for Defendant as a Banker.

3. In 2001/2002, Plaintiff was promoted to a Financial Advisor.

4. Plaintiff performed his job well.

5. In 2020, Plaintiff learned that the College Park Financial Advisor was retiring.

6. The College Park Financial Advisor had a large book of business and whoever replaced her would inherit her book of business.

7. Plaintiff informed management that he would like to become the Financial Advisor at the College Park branch location.

1

8. Plaintiff wanted to become the Financial Advisor at the College Park branch because it was closer to his home.

9. In March 2020, Plaintiff became aware that a Caucasian Financial Advisor began working at the College Park location.

10. Plaintiff asked management if the Caucasian Financial Advisor was replacing the College Park Financial Advisor.

11. Plaintiff was told that the Caucasian Financial Advisor was training and was not replacing the College Park Financial Advisor.

12. In 2021, the College Park Financial Advisor retired and she was replaced by the Caucasian Financial Advisor.

13. The College Park Financial Advisor position was never posted.

14. Plaintiff has substantially more experience and seniority than the Caucasian Financial Advisor, however, he was never offered the College Park Financial Advisor position nor was he given an opportunity to apply for the position.

15. Plaintiff was not promoted due to his race.

## **COUNT I**

16. Plaintiff incorporates by reference paragraphs 1-15.

17. Defendant, as a result of failing to promote Plaintiff due to his race, violated 42 U.S.C.§ 1981.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted,

*/s/Amber K. Boyd*
Amber K. Boyd

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and respectfully requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070